# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| STEPHEN FERGUSON, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | Case No. CV605-18 |
| ) | [Underlying CR603-18] |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 28 day of June, 2005.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

STEPHEN FERGUSON )

vs ) CASE NUMBER CV605-18 (CR603-18)

UNITED STATES OF AMERICA ) DIVISION STATESBORO

)

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated June 29, 2005, which is part of the official record of this case.

Date of Mailing: June 29, 2005

Date of Certificate ☐ same date, or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

**Name and Address**

Stephen Ferguson, 11589-021, FCI Jesup, 2680 Highway 301 South, Jesup, GA 31599
Amy Lee Copeland, Esq.

☐ Copy placed in Minutes
☒ Copy given to Judge
☐ Copy given to Magistrate